**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7771**

---

WINSTON V. AUTON,

Plaintiff - Appellant,

versus

ANN EMERY,

Defendant - Appellee.

---

**No. 96-6214**

---

WINSTON V. AUTON,

Plaintiff - Appellant,

versus

RICKIE ROBINSON,

Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-95-900-5-CT-BO, CA-96-57)

---

Submitted:  March 21, 1996          Decided:  April 10, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Winston V. Auton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Auton v. Emery, No. CA-95-900-5-CT-BO, and Auton v. Robinson, No. CA-96-57 (E.D.N.C. Oct. 24, 1995 and Jan. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2